**4**

**Philip LESCHNIK, Plaintiff in Error, v. Catherine C. FRIES, as Trustee of the Estate in Bankruptcy of Sol J. Leschnik, Defendant in Error.*** (Circuit Court of Appeals, Second Circuit. April 20, 1925.) No. 323. In Error to the District Court of the United States for

*Certiorari denied 45 S. Ct. 640, 69 L. Ed. ——.

the Southern District of·New York. Kantrowitz, Esberg & Solins, and Rothwell, Harper &. Matthews, all of New York City, for plaintiff in error. Gustave J. Rosen, of New York City, for defendant in error.    Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM.    Judgment affirmed.